IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION: 1:21-00173-KD-B-1 |
| | ) |
| ERICK DEMARCUS TAYLOR, | ) |
|    Defendant. | ) |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 28) and without any objection having been filed by the parties, the Defendant's pleas of guilty to COUNT ONE and COUNT TWO of the Indictment is now accepted, and the Defendant is adjudged guilty of such offenses.

The sentencing hearing is scheduled for **June 25, 2021** at **1:30 p.m.** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **11th** day of **May 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**